UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-80995-CV-MIDDLEBROOKS/BRANNON

PATRICK MANKAMYER,                           )
                                             )
                    Plaintiff,               )
vs.                                          )
                                             )
AMERICAN HUTS, INC.                          )
                                             )
                    Defendant.               )

## NOTICE OF SETTLEMENT

Defendant, American Huts, Inc., and Plaintiff, Patrick Mankamyer by and through their respective attorneys in this regard, provide their Notice of Settlement, and in support thereof states as follows:

1.      The parties have reached an agreement as to the resolution of this ENTIRE litigation.

2.      The parties are preparing the Settlement Agreement and anticipate completing and executing the Settlement Agreement finalizing the settlement within the next thirty (30) days.

3.      The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety, within the next thirty (30) days.

WHEREFORE, Defendant, American Huts, Inc., and Plaintiff, Patrick Mankamyer, provide their Notice of the Settlement in this matter and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

Date: October 9, 2015                        Respectfully submitted,


                              By:     /s/ Craig R. Annunziata_____
                                      Craig R. Annunziata
                                      Florida State Bar No. 992453
                                      101 East Kennedy Blvd, Suite 2350

1

Tampa, FL 33602
Telephone:  (312) 346-8061
Facsimile:   (312) 346-3179
cannunziata@laborlawyers.com

Steve A. Miller (*admission pro hac vice*)
FISHER & PHILLIPS LLP
10 S. Wacker Dr., Suite 3450
Chicago, Illinois 60603
Telephone: (312) 346-8061
Facsimile: (312) 346-3179
smiller@laborlawyers.com

*Attorneys for Defendant, Bravo Foods, LLC*

By:     /s/ Jason S. Weiss
        Jason S. Weiss
        Peter S. Leiner
        Weiss Law Group, P.A.
        5531 N. University Dr., Ste. 103
        Coral Springs, FL 33067
        Emails:  jason@jswlawyer.com
                 Peter@jswlawyer.com

        *Attorneys for Plaintiff*

FPDOCS 31106798.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2015 and pursuant to the General Order on Electronic

Filing of the Southern District of Florida, I electronically filed the foregoing **Notice of Settlement**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filings

to the following:

> Jason S. Weiss
> Peter S. Leiner
> Weiss Law Group, P.A.
> 5531 N. University Dr., Ste. 103
> Coral Springs, FL 33067
> jason@jswlawyer.com
> Peter@jswlawyer.com
>
> *Attorneys for Plaintiff*

> By:   /s/ Craig R. Annunziata /s/
> Signature

3